No. 397. NEW YORK LIFE INSURANCE Co. *v.* JACKSON ET AL. October 24, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

Messrs. *Rudolph J. Kramer, Bruce A. Campbell,* and *Louis H. Cooke* for petitioner. *Mr. Arthur J. Freund* for respondents.